Rogelio **RAMIREZ–GARCIA;**
**Margarita Avalos–Garcia,**
**Petitioners,**

v.

**Eric H. HOLDER, Jr., Attorney**
**General, Respondent.**

**No. 08–70650.**

United States Court of Appeals,
Ninth Circuit.

Submitted May 25, 2010.*

Filed June 9, 2010.

Sarah J. Jones, Esquire, Law Office of Sarah J.M. Jones, San Francisco, CA, for Petitioners.

Ronald E. Lefevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, Stacy Stiffel Paddack, U.S. Department of Justice, Civil Division/Office of Immigration Litigation, Washington, DC, for Respondent.

Before: CANBY, THOMAS, and W. FLETCHER, Circuit Judges.

MEMORANDUM **

Rogelio Ramirez–Garcia and Margarita Avalos–Garcia, natives and citizens of Mexico, petition for review of the Board of Immigration Appeals' ("BIA") order denying their motion to reopen removal proceedings. We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to reopen. *Toufighi v. Mukasey*, 538 F.3d 988, 992 (9th Cir.2008). We deny the petition for review.

The BIA did not abuse its discretion in denying petitioners' motion to reopen as untimely because it was filed approximately one year and nine months after the BIA's final order of removal. *See* 8 U.S.C. § 1229a(c)(7)(C)(i)(motion to reopen must be filed within ninety days of final order of removal).

**PETITION FOR REVIEW DENIED.**

---

ed by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.